FILED

MAY 1 5 2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>LOURENCE DAPAR<br>                              Defendant. | **VERDICT**<br><br>CASE NO. 13CR0470-GPC |

We the jury in the above entitled cause find the defendant Lourence Dapar,

**Not guilty** of bringing in illegal aliens for financial gain, as charged in count 1, and

**Not guilty** of bringing in illegal aliens without presentation, as charged in count 2 of the indictment.

Date: 5-15-2013  
San Diego, California

William C. Steffan  
Foreperson of the Jury

- 1 -